# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. William Q. Hayes

| FROM: J. Vann, Deputy Clerk | RECEIVED DATE: November 12, 2019 |
|---|---|
| CASE NO. 19CV00831-WQH-BLM | DOC FILED BY: Kenneth J. Moser |
| CASE TITLE: Moser v. Medguard Alert, Inc. et al | |
| DOCUMENT ENTITLED: First Amended Complaint for Damages, including costs interest and for Injunctive Relief | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Supplemental documents require court order;

Date Forwarded: November 13, 2019

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated: November 14, 2019

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court