UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. MOSER,<br><br>                          Plaintiff,<br><br>v.<br><br>MEDGUARD ALERT, INC., a Connecticut corporation; LIFEWATCH, INC., a New York corporation d/b/a LIFEWATCH USA, MEDICAL ALARM SYSTEMS, and LIFEWATCH MOTO; EVAN SIRLIN, individually and as an officer or manager of Lifewatch, Inc.; and DAVID ROMAN, individually and as an officer or manager of Lifewatch, Inc., and Medguard Alert, Inc., and Safe Home Security, Inc.,<br><br>                        Defendants. | Case No.: 19-cv-831-WQH-BLM<br><br>**ORDER** |

HAYES, Judge:

      The matters before the Court are the Motions to Dismiss for Failure to State a Claim, Insufficient Service of Process, and Insufficient Process filed by Defendants Medguard Alert, Inc., and Lifewatch, Inc. (ECF No. 4), and David Roman (ECF No. 5).

On May 3, 2019, Plaintiff Kenneth J. Moser initiated this action by filing a Complaint against Defendants Medguard Alert, Inc. ("Medguard"); Lifewatch, Inc. ("Lifewatch"), d/b/a Lifewatch USA, Medical Alarm Systems, and Lifewatch Moto; Evan Sirlin; and David Roman. (ECF No. 1). On October 21, 2019, Defendants Medguard, Lifewatch, and Roman filed Motions to Dismiss pursuant to Rules 12(b)(4), 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure. (ECF Nos. 4-5). On November 14, 2019, Plaintiff filed a First Amended Complaint. (ECF No. 7). On December 3, 2019, Defendants filed Motions to Dismiss the First Amended Complaint. (ECF Nos. 9, 10).

Plaintiff has the right to file the First Amended Complaint pursuant to the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 15(1)(b) ("A party may amend its pleading once as a matter of course within . . . 21 days after serving it, or . . . if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."). Once filed, an amended complaint supersedes the original complaint in its entirety. *Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). Defendants' Motions to Dismiss, addressing the original Complaint, became moot once Plaintiff filed the First Amended Complaint.

IT IS HEREBY ORDERED that Defendants' Motions to Dismiss addressing the original Complaint (ECF Nos. 4, 5) are denied as moot.

Dated: December 11, 2019

Hon. William Q. Hayes
United States District Court