Justin Prato Esq, SBN 246968
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92108
Telephone: 619-886-0252
Facsimile:  619-241-8309

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. MOSER,<br><br>    Plaintiff.<br><br>  v.<br><br>LIFEWATCH INC., et. al.<br><br>    Defendants. | Case No.: 19-cv-831-MMA-BLM<br><br>**DECLARATION OF KENNETH MOSER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FILED BY MEDGUARD ALERT INC. AND LIFEWATCH INC.**<br><br>Date: January 6, 2020<br><br>**No Oral Argument unless requested by the Court** |

## DECLARATION

I, Kenneth J. Moser, state the following to be true and correct under penalty of perjury of the laws of the United States:

- 1 -
Declaration of Moser

1. I have personal knowledge of the following facts and if so requested, I could and would competently testify hereto.

2. I have a long-standing set of telemarketing disputes between Moser and the Defendants.

3. I began receiving calls from the Defendants in 2014.

4. After receiving repeated telemarketing calls I began filing suit against the Defendants, first in small claims court and then filing this case for new calls made after those litigated in small claims.

5. I have adjudicated, settled or obtained default against the Defendants in many of the small claims cases.

6. This did not, however, persuade Defendants to stop calling. So, I filed this case on May 3, 2019 for the new calls.

7. Once this case was filed I then set out to try to serve the complaint.

8. I waited for the summons, which was issued a few days later.

9. I began looking for out of state process servers in the Northeast where Defendants reside.

10. However, I was travelling out of state with family during the month of June which cut this short.

11. When I returned he began looking for process servers again.

12. In late July and early August, I tried contacting numerous process servers who could do the service.

13. After having numerous people promise to call me back, none of whom did, I was finally able to reach a process server who assured me that that he could perform the service.

14. His name was Andrew Esposito, of Connecticut Legal Process Service who claimed to be ex law enforcement.

15. After some back and forth communication, I emailed Mr. Esposito all the paperwork to be served on August 26, 2019.

16. Mr. Esposito charged my American Express card the next day for $130.94 for the initial service.

17. Mr. Esposito was to handle Connecticut service himself and arrange service for the other defendants in New York, which he assured me that he could do.

18. After two weeks I started getting concerned and contacted Mr. Esposito.

19. Mr. Esposito responded that he sent the documents to New York.

20. Mr. Esposito asked for and received a second credit card authorization on September 12, 2019.

21. Mr. Esposito then told me the Connecticut service was done and would email me the proofs.

22. Mr. Esposito sent me an email on September 24, 2019 claiming the proofs were attached, however, they were not.

23. Attached to this declaration as exhibit 1 is a true and correct copy of my email correspondences with Mr. Esposito.

24. Mr. Esposito apologized the next day and said his secretary would resend them, but never did so.

25. After this Mr. Esposito stopped returning phone calls, and I did some investigation on him online and found out he is apparently a con man who does this to many people.

26. On September 27, 2019, I hired another firm, Direct Process Server LLC, that was able to serve all the documents on all Defendants on September 30, 2019.

27. This case was filed on May 3, 2019 two days before the beginning of the statute of limitations on some of the calls.

28. I am not an attorney

29. I live in California and the Defendants in this case are located in New York and Connecticut.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this document is executed by me in San Diego County, California.

DATED: December 23, 2019

                                              /s/ Kenneth J. Moser_____
                                            By: Kenneth J. Moser

Declaration of Moser