| | |
|---|---|
| **From:** | LEGAL SUPPORT SERVICES |
| **To:** | Ken J. Moser at home |
| **Subject:** | Re: Service |
| **Date:** | Monday, August 26, 2019 3:32:17 PM |

Got it, thanks!

Andrew Esposito
CT. Legal Process Service LLC
50 BREWERY STREET #8251
New Haven, CT. 06530
(O) 203-903-2807
(F) 888- 458-8729
ctlegalservice@gmail.com
Www.ctlegalprocess.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive any client or work product privilege by the transmission of this message.

On Mon, Aug 26, 2019, 6:31 PM Ken J. Moser at home <kmoser1@san.rr.com> wrote:

> Here you go.
>
> **From:** LEGAL SUPPORT SERVICES [mailto:ctlegalservice@gmail.com]
> **Sent:** Monday, August 26, 2019 3:15 PM
> **To:** Ken J. Moser at home
> **Subject:** Re: Service
>
> Good afternoon Mr. Moser
>
> It was with great pleasure also to speak to you, and I look forward to working with you. You will be notified as soon as the job is out for service.
>
> Please find our companies CC authorization form attached.
>
> I will also send you a separate email pertaining to the New York service

Screenshot_20170817-155320.jpg

Thank you

Andrew Esposito

CT. LEGAL PROCESS SERVICE,LLC

50 BREWERY STREET # 8251

NEW HAVEN, CT. 06530

(O) 203-903-2807

(F) 888-458-8729

(E) CTLEGALSERVICE@GMAIL.COM

WWW.CTLEGALPROCESS.COM

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential

use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take

action in reliance upon this message. If you have received this in error, please notify us immediately by

return email and promptly delete this message and its attachments from your computer system.

We do not waive any client or work product privilege by the transmission of this message.

On Mon, Aug 26, 2019 at 6:05 PM Ken J. Moser at home <kmoser1@san.rr.com> wrote:

Hi Andy,

It was good talking to you, it sounds like you know what you're doing and I've unfortunately over the years have had plenty who didn't.

For the service in your state we will be serving: MedGuard Alert, Inc. 1125 Middle St Middletown, CT 06457-1526 and the owner David Roman. As discussed we can serve both he and the business at the same time at the business. If he is not there you can do a sub-serve per California code with a follow-up mailing. Please confirm again that for a Federal complaint, you use the service rules for the state from where the complaint was filed - yes?

As attached there are 70 pages of documents. Assuming he is sub-served and you have to do a mailing that's 210 pages – 25 = 185 x $.14 = $25.90 + your fees of $75 & $25 = $125. Please send the credit card application and we can get going on this.

The New York serve with be on the other defendants: Lifewatch INC & Evan Sirlin at the owners home address of 1344 HUCKLEBERRY LANE LYNBROOK, NY 11557. Let me know how much on that one and we can do a separate billing on that.

Thanks,

Ken

**From:** LEGAL SUPPORT SERVICES
**To:** Ken J. Moser at home
**Subject:** Re: Service
**Date:** Monday, August 26, 2019 3:15:23 PM

Good afternoon Mr. Moser

It was with great pleasure also to speak to you, and I look forward to working with you. You will be notified as soon as the job is out for service. Please find our companies CC authorization form attached.

I will also send you a separate email pertaining to the New York service

Screenshot_20170817-155320.jpg

Thank you

Andrew Esposito
CT. LEGAL PROCESS SERVICE, LLC
50 BREWERY STREET # 8251
NEW HAVEN, CT. 06530
(O) 203-903-2807
(F) 888-458-8729
(E) CTLEGALSERVICE@GMAIL.COM
WWW.CTLEGALPROCESS.COM

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive any client or work product privilege by the transmission of this message.

On Mon, Aug 26, 2019 at 6:05 PM Ken J. Moser at home <kmoser1@san.rr.com> wrote:

Hi Andy,

It was good talking to you, it sounds like you know what you're doing and I've unfortunately over the years have had plenty who didn't.

For the service in your state we will be serving: MedGuard Alert, Inc. 1125 Middle St  Middletown, CT 06457-1526 and the owner David Roman. As discussed we can serve both he and the business at the same time at the business. If he is not there you can do a sub-serve per California code with a follow-up mailing. Please confirm again that for a Federal complaint, you use the service rules for the state from where the complaint was filed - yes?

As attached there are 70 pages of documents. Assuming he is sub-served and you have to do a mailing that's 210 pages – 25 = 185 x $.14 = $25.90 + your fees of $75 & $25 = $125. Please send the credit card application and we can get going on this.

The New York serve with be on the other defendants: Lifewatch INC & Evan Sirlin at the owners home address of 1344 HUCKLEBERRY LANE  LYNBROOK, NY 11557. Let me know how much on that one and we can do a separate billing on that.

Thanks,

Ken

**From:** LEGAL SUPPORT SERVICES
**To:** Ken J. Moser at home
**Subject:** Re: Service
**Date:** Wednesday, September 11, 2019 9:15:34 AM

Good Morning Ken

The service for Lifewatch INC & Evan Sirlin at the owners home address of 1344 HUCKLEBERRY LANE, LYNBROOK, NY 11557, would be 134.00 plus 0.35 cents a page over the first 35 pages.
Please let me know if you would like to proceed and I will get this over to them asap.( New york fees are much different then any other state I have worked with) if it helps I have a very long working relationship with this company, as they been the most reliable.

Thank you

Andrew Esposito
CT. LEGAL PROCESS SERVICE,LLC
50 BREWERY STREET # 8251
NEW HAVEN, CT. 06530
(O) 203-903-2807
(F) 888-458-8729
(E) CTLEGALSERVICE@GMAIL.COM
WWW.CTLEGALPROCESS.COM

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.
We do not waive any client or work product privilege by the transmission of this message.

Attachments area

On Mon, Aug 26, 2019 at 6:05 PM Ken J. Moser at home <kmoser1@san.rr.com> wrote:

> Hi Andy,
>
> It was good talking to you, it sounds like you know what you're doing and I've unfortunately over the years have had plenty who didn't.
>
> For the service in your state we will be serving: MedGuard Alert, Inc. 1125 Middle St Middletown, CT 06457-1526 and the owner David Roman. As discussed we can serve both he and the business at the same time at the business. If he is not there you can do a sub-serve per California code with a follow-up mailing. Please confirm again that for a Federal complaint, you use the service rules for the state from where the complaint was filed - yes?
>
> As attached there are 70 pages of documents. Assuming he is sub-served and you have to do a mailing that's 210 pages – 25 = 185 x $.14 = $25.90 + your fees of $75 & $25 = $125. Please send the credit card application and we can get going on this.
>
> The New York serve with be on the other defendants: Lifewatch INC & Evan Sirlin at the owners home address of 1344 HUCKLEBERRY LANE LYNBROOK, NY 11557. Let me know how much on that one and we can do a separate billing on that.
>
> Thanks,
>
> Ken

**From:** LEGAL SUPPORT SERVICES
**To:** Ken J. Moser at home
**Subject:** Re: Service
**Date:** Wednesday, September 11, 2019 10:26:18 AM

HI Ken

Please forward documents for New York, when you can and I ave also attached another CC authorization form hereto as we don't keep any financial docs on file.

[Screenshot_20170817-155320.jpg]

Thank you

Andrew Esposito
CT. LEGAL PROCESS SERVICE,LLC
50 BREWERY STREET # 8251
NEW HAVEN, CT. 06530
(O) 203-903-2807
(F) 888-458-8729
(E) CTLEGALSERVICE@GMAIL.COM
WWW.CTLEGALPROCESS.COM

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive any client or work product privilege by the transmission of this message.

Attachments area

On Wed, Sep 11, 2019 at 1:15 PM Ken J. Moser at home <kmoser1@san.rr.com> wrote:

> OK let's do it, you have my credit card info.
>
> **From:** LEGAL SUPPORT SERVICES [mailto:ctlegalservice@gmail.com]
> **Sent:** Wednesday, September 11, 2019 9:15 AM
> **To:** Ken J. Moser at home
> **Subject:** Re: Service
>
> Good Morning Ken
>
> The service for Lifewatch INC & Evan Sirlin at the owners home address of 1344 HUCKLEBERRY LANE, LYNBROOK, NY 11557, would be 134.00 plus 0.35 cents a page over the first 35 pages.
>
> Please let me know if you would like to proceed and I will get this over to them asap.( New york fees are much different then any other state I have worked with) if It helps I have a very long working relationship with this company, as they been the most reliable.
>
> Thank you
>
> Andrew Esposito
>
> CT. LEGAL PROCESS SERVICE,LLC
>
> 50 BREWERY STREET # 8251
>
> NEW HAVEN, CT. 06530
>
> (O) 203-903-2807
>
> (F) 888-458-8729
>
> (E) CTLEGALSERVICE@GMAIL.COM
>
> WWW.CTLEGALPROCESS.COM

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.

We do not waive any client or work product privilege by the transmission of this message.

Attachments area

On Mon, Aug 26, 2019 at 6:05 PM Ken J. Moser at home <kmoser1@san.rr.com> wrote:

Hi Andy,

It was good talking to you, it sounds like you know what you're doing and I've unfortunately over the years have had plenty who didn't.

For the service in your state we will be serving: MedGuard Alert, Inc. 1125 Middle St Middletown, CT 06457-1526 and the owner David Roman. As discussed we can serve both he and the business at the same time at the business. If he is not there you can do a sub-serve per California code with a follow-up mailing. Please confirm again that for a Federal complaint, you use the service rules for the state from where the complaint was filed - yes?

As attached there are 70 pages of documents. Assuming he is sub-served and you have to do a mailing that's 210 pages – 25 = 185 x $.14 = $25.90 + your fees of $75 & $25 = $125. Please send the credit card application and we can get going on this.

The New York serve with be on the other defendants: Lifewatch INC & Evan Sirlin at the owners home address of 1344 HUCKLEBERRY LANE LYNBROOK, NY 11557. Let me know how much on that one and we can do a separate billing on that.

Thanks,

Ken

| | |
|---|---|
| **From:** | LEGAL SUPPORT SERVICES |
| **To:** | kenjmoser@abac.com |
| **Subject:** | Proofs |
| **Date:** | Tuesday, September 24, 2019 1:00:55 PM |

Good afternoon Mr. Moser

Attached hereto please find the proof of service for you CT. Case. Ny soon to follow.

Thank you

Alison Colavolpe
CT. Legal Process Service LLC
50 BREWERY STREET #8251
New Haven,CT.06530
(0) 203-903-2807
(F) 888- 458-8729
ctlegalservice@gmail.com
Www.ctlegalprocess.com


CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive any client or work product privilege by the transmission of this message.

**From:** LEGAL SUPPORT SERVICES
**To:** Ken Moser
**Subject:** Re: Proofs
**Date:** Wednesday, September 25, 2019 5:46:04 AM

Good Morning Ken

I will have Alison Resend attachment, when she gets in.

Thank you

Andrew Esposito
CT. LEGAL PROCESS SERVICE,LLC
50 BREWERY STREET # 8251
NEW HAVEN, CT. 06530
(O) 203-903-2807
(F) 888-458-8729
(E) CTLEGALSERVICE@GMAIL.COM
WWW.CTLEGALPROCESS.COM

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.
We do not waive any client or work product privilege by the transmission of this message.

Attachments area

On Tue, Sep 24, 2019 at 4:41 PM Ken Moser <kenjmoser@abac.com> wrote:

What attachment?

**From:** LEGAL SUPPORT SERVICES [mailto:ctlegalservice@gmail.com]
**Sent:** Tuesday, September 24, 2019 12:56 PM
**To:** kenjmoser@abac.com
**Subject:** Proofs

Good afternoon Mr. Moser

Attached hereto please find the proof of service for you CT. Case. Ny soon to follow.

Thank you

Alison Colavolpe
CT. Legal Process Service LLC
50 BREWERY STREET #8251
New Haven,CT.06530
(0) 203-903-2807
(F) 888- 458-8729
ctlegalservice@gmail.com
Www.ctlegalprocess.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive any client or work product privilege by the transmission of this message.