UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. MOSER,<br><br>                    Plaintiff,<br><br>v.<br><br>MEDGUARD ALERT, INC., a Connecticut Corporation; et al.,<br><br>                    Defendants. | Case No.: 19-cv-831-WQH-BLM<br><br>**ORDER** |

HAYES, Judge:

On June 11, 2020, the Court ordered Plaintiff Kenneth J. Moser to show cause as to why the action against Defendant Evan Sirlin should not be dismissed due to Plaintiff's failure to serve Defendant Sirlin. (ECF No. 30). The Court stated:

> [T]he Court will dismiss the action against Defendant Evan Sirlin without prejudice unless, within twenty-one (21) days from the date of this Order, Plaintiff files 1) proof that service of the Summons and Complaint was timely effectuated on Defendant Sirlin; or 2) proof that service of the Summons and Complaint was not required as to Defendant Sirlin; or 3) a declaration under penalty of perjury showing good cause for the failure to timely effect service on Defendant Sirlin accompanied by a motion for leave to serve process outside of the 90-day period.

(*Id.* at 2). The docket reflects that Plaintiff has not filed a response to the Order to Show Cause.

1  IT IS HEREBY ORDERED that the action is dismissed without prejudice as to
2  Defendant Evan Sirlin.
3  Dated: July 27, 2020

*[signature: William Q. Hayes]*
Hon. William Q. Hayes
United States District Court