UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. MOSER,<br><br>                                     Plaintiff,<br><br>v.<br><br>MEDGUARD ALERT, INC., a Connecticut corporation; and LIFEWATCH INC., a New York corporation doing business as Lifewatch USA doing business as Medical Alarm Systems doing business as Lifewatch Moto,<br><br>                                     Defendants. | Case No.:  19-cv-831-WQH-DEB<br><br>**ORDER** |

HAYES, Judge:

Upon consideration of the Joint Motion to Dismiss filed by the parties (ECF No. 41),

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice. Each party is to bear its own fees, costs, and expenses. The Clerk of the Court shall close the case.

Dated:  January 4, 2021

*[signature]*
Hon. William Q. Hayes
United States District Court